ROSE T. BURBRIDGE, Appellant, v. DENNIS J. BURBRIDGE, Respondent.—

931

Concur — Eager, J. P., Capozzoli, McGivern and Tilzer, JJ.